

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 16, 2015

John Bennett
Attorney at Law
P. O. Box 19144
Amarillo, TX 79114
* DELIVERED VIA E-MAIL *

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00336-CR, 07-15-00337-CR
Trial Court Case Number: 69,358-E, 69,358-E

**Style:** Dianna Stacks v. The State of Texas

Dear Counsel:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. The docketing statement has not been filed pursuant to Tex. R. App. P. 32.2 and must be filed by appellant within ten (10) days from the date of this notice.

**Please refer to the Court's website for local rules on electronic filing of all documents.**

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
Jana Smith (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)